NITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARRY D. STEIN, BARRY D. STEIN, MD, LLC, and FAIRFIELD ANESTHESIA ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MELISSA J. NEEDLE, ESQUIRE, NEEDLE CUDA FIRM, the LAW OFFICE OF MELISSA NEEDLE, LLC, JESSICA CALISE, and JENNIFER STEIN,<br><br>Defendants. | Civil Action No. 3:19-CV-01634-VLB<br><br><br>November 4, 2021<br><br>ORAL ARGUMENT REQUESTED |

### PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Barry D. Stein ("Dr. Stein"), Barry D. Stein, M.D., LLC (the "Stein LLC") and Fairfield Anesthesia Associates, LLC ("FAA") (collectively, "Plaintiffs") jointly move for partial summary judgment under Fed. R. Civ. P. 56.  In support of their Joint Motion for Partial Summary Judgment (the "Motion"), Plaintiffs contemporaneously submit their Memorandum of Law in support of the Motion, their Local Rule 56(a)(1) Statement of Undisputed Facts, the Declaration of Michael A. Saffer, Esq., including exhibits thereto, and the Declaration of Joshua S. Levine, Esq.

As more fully set forth in the Memorandum of Law, Plaintiffs are entitled to partial summary judgment as to liability on Counts I through IV of the Amended Complaint dated October 17, 2020 (ECF 73) against Defendants Melissa J. Needle, Esquire, Needle Cuda Firm, the Law Office of Melissa Needle LLC, Jessica Calise,

and Jennifer Stein (collectively, the "Defendants"), jointly and severally, because there are no genuine issues of material fact as to Defendants' intentional access on April 2, 2018, without authorization, to Dr. Stein's subaccount located on the subject computer and as to their exfiltration of documents and information belonging to Plaintiffs from Dr. Stein's subaccount on the subject computer.

WHEREFORE, Plaintiffs respectfully request that the Court enter summary judgment in their favor against Defendants, jointly and severally, as to liability on all counts of the Amended Complaint, and that it grant all other just and appropriate relief.

Respectfully submitted,

PLAINTIFFS, BARRY D. STEIN AND BARRY D. STEIN, M.D., LLC

*/s/  Gerald T. Giaimo*
Gerald T. Giaimo, Esq.
Halloran & Sage LLP
265 Church Street Suite 802
New Haven, CT 06510
Office:  203.672.5429
Fax Line:  203.672.5480
Email:  giaimo@halloransage.com

*/s/  Michael A. Saffer*
Michael A. Saffer, Esq.
Arla D. Cahill, Esq.
Steven W. Teppler, Esq.
MANDELBAUM SALSBURG, P.C.
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Office: (973) 736-4600
Fax Line: (973) 325-7467
Email: msaffer@lawfirm.ms
Co-Counsel for Plaintiffs, Admitted *Pro Hac Vice*

4895-9248-0002, v. 1

**PLAINTIFF, FAIRFIELD ANESTHESIA ASSOCIATES, LLC**

**By: /s/ David A. Ball**
**David A. Ball, Esq.**
**Federal Bar No. ct10154**
**Marc J. Herman, Esq.**
**Federal Bar No. ct29961**
**Cohen and Wolf, P.C.**
**1115 Broad Street**
**Bridgeport, CT  06604**
**Tele:  (203) 337-4134**
**Fax:   (203) 337-5534**
**E-mail: dball@cohenandwolf.com**
**E-mail: mherman@cohen@wolf.com**

4895-9248-0002, v. 1

## **CERTIFICATION**

This is to certify that on this 4th day of November 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

4895-9248-0002, v. 1